IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE, TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 2:19-CR-96 |
| | ) | | |
| TERESA ANN SMITH | ) | | |
| Aka "TAZ" | ) | | |

### NOTICE OF NO OBJECTION TO CONTINUANCE

Comes Defendant, by and through counsel, and would respectfully provide Notice of No Objection to a Continuance in this matter.

Respectfully submitted,

TERESA ANN SMITH

*Donna M. Bolton*
Donna M. Bolton, BPR #026349
200 West Unaka Avenue
Johnson City, TN 37604
423-631-0077
Fax: 423-631-0944

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2020, I filed the foregoing Notice of No Objection to Continuance with the Court Clerk via CM/ECS system which will send notification of such to all interested parties.

*Donna M. Bolton*
Donna M. Bolton